No. 579. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* SANFORD & BROOKS Co. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the

708

Fourth Circuit granted. *Assistant Attorney General Youngquist, Helen R. Carloss,* and *Messrs. J. Louis Monarch, Clarence M. Charest,* and *Prew Savoy* for petitioner. *Messrs. Charles McH. Howard* and *Harry N. Baetjer* for respondent.